LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

## U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MARISOL ZAMUDIO, | No: 5:22-cv-01889-~~KES~~ E |
|     Plaintiff, | |
|     v. | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|     Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND TWO HUNDRED DOLLLARS AND 00/100 ($5,200.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: _1/2/24_

_____
HON. ~~KAREN E. STEVENSON~~ Charles F. Eick
UNITED STATES MAGISTRATE JUDGE